IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 19-cv-08478 |
| | ) |
| CP/IPERS ROSEMONT HOTEL, LLC | ) Honorable Harry D. Leinenweber |
| d/b/a The Westin O'Hare, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT
TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant CP/IPERS ROSEMONT HOTEL, LLC, d/b/a The Westin O'Hare, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

HOWARD COHAN                                CP/IPERS ROSEMONT HOTEL, LLC


By: /s/ *Marshall J. Burt*                  By: /s/ *Mark M. Trapp*
    Counsel for Plaintiff                      Counsel for Defendant

Marshall J. Burt, Esq.                      Mark M. Trapp
The Burt Law Group, Ltd.                    Conn Maciel Carey, LLP
77 W. Washington, Ste 1300                  53 W. Jackson Blvd. Suite 1328
Chicago, IL 60602                           Chicago, Illinois 60604
312-419-1999                                (312) 809-8122
Marshall@mjburtlaw.com                      mtrapp@connmaciel.com